**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BENNETTA GREEN                                                                                          PLAINTIFF
ADC #712799

v.                                      NO. 5:15CV00351 JLH/PSH

ARKANSAS DEPARTMENT
OF CORRECTION *et al*                                                                           DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT plaintiff's claims against the Arkansas Department of Correction are DISMISSED WITH PREJUDICE.

DATED this 23rd day of November, 2015.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE